# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 24, 2015

## NO. 03-13-00370-CV

**The State Board for Educator Certification, Appellant**

**v.**

**Erasmo Montalvo, Appellee**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on April 29, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment as follows: we dissolve the permanent injunction ordered by the district court, and affirm the Board's Final Decision and Order. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.